BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
(916) 554-2700

FILED
OCT 0 2 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-269 KJM |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 111(a)(1) and (b) – Assault on a Federal Officer with a Deadly Weapon Which Inflicts Bodily Injury; 18 U.S.C. § 111(a)(1) and (b) – Assault on a Person Assisting a Federal Officer with a Deadly Weapon Which Inflicts Bodily Injury; 18 U.S.C. § 924(c)(1)(A) and 924(c)(1)(A)(iii) – Discharging a Firearm During and in Relation to a Crime of Violence; 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) – Criminal Forfeiture |
| v. | |
| BRENT DOUGLAS COLE, | |
| Defendant. | |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 111(a)(1) and (b) – Assault on a Federal Officer with a Deadly Weapon Which Inflicts Bodily Injury]

The Grand Jury charges: T H A T

BRENT DOUGLAS COLE,

defendant herein, on or about June 14, 2014, in the County of Nevada, State and Eastern District of California, did forcibly assault and

1

inflict bodily injury upon a Bureau of Land Management Ranger, a person designated in Title 18, United States Code, Section 1114, by means and use of a deadly and dangerous weapon, that is, a Taurus, .44 caliber revolver, serial number WG141325, while that person was engaged in, and on account of, the performance of his official duties, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

COUNT TWO: [18 U.S.C. § 111(a)(1) and (b) - Assault on a Person Assisting a Federal Officer with a Deadly Weapon Which Inflicts Bodily Injury]

   The Grand Jury further charges:  T H A T

BRENT DOUGLAS COLE,

defendant herein, on or about June 14, 2014, in the County of Nevada, State and Eastern District of California, did forcibly assault and inflict bodily injury upon a California Highway Patrol Officer, a person designated in Title 18, United States Code, Section 1114, by means and use of a deadly and dangerous weapon, that is, a Taurus, .44 caliber revolver, serial number WG141325, while that person was assisting a Federal Officer in the performance of the Federal Officer's official duties, and on account of that assistance, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

COUNT THREE: [18 U.S.C. § 924(c)(1)(A) and 924(c)(1)(A)(iii) - Discharging a Firearm During and in Relation to a Crime of Violence]

   The Grand Jury further charges:  T H A T

BRENT DOUGLAS COLE,

defendant herein, on or about June 14, 2014, in the County of Nevada, State and Eastern District of California, did knowingly discharge,

2

carry, and use a firearm, that is, a Taurus, .44 caliber revolver, serial number WG141325, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, assault on a federal officer with a deadly weapon which inflicts bodily injury, in violation of Title 18, United States Code, Sections 111(a)(1) and (b), and assault on a person assisting a federal officer with a deadly weapon which inflicts bodily injury, in violation of Title 18, United States Code, Sections 111(a)(1) and (b), all in violation of Title 18 United States Code, Sections 924(c)(1)(A) and 924(c)(1)(A)(iii).

FORFEITURE ALLEGATION:   [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture]

1. Upon conviction of the offense alleged in Count Three of this Indictment, defendant BRENT DOUGLAS COLE shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

2. If any property subject to forfeiture, as a result of the offense alleged in Count Three of this Indictment, for which defendant is convicted:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty;

///

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.


_____
FOREPERSON

_Benjamin Wagner_ (signature)
BENJAMIN B. WAGNER
United States Attorney

No. _____

2: 1 4 - CR  2 6 9 KJM

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

### BRENT DOUGLAS COLE

### INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 111(a)(1) and (b) – Assault on a Federal Officer with a Deadly Weapon which Inflicts Bodily Injury; 18 U.S.C. § 111(a)(1) and (b) – Assault on a Person Assisting a Federal Officer with a Deadly Weapon which Inflicts Bodily Injury; 18 U.S.C. § 924(c)(1)(A) and 924(c)(1)(A)(iii) – Discharging a Firearm During and in Relation to a Crime of Violence; 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) - Criminal Forfeiture

*A true bill,*

/s/ Signature on file w/AUSA

*Foreman.*

*Filed in open court this* 2 *day* of October, A.D. 2014

**NO PROCESS NECESSARY**

*Clerk.*

Bail, $ _____

GPO 863 525

## PENALTY SLIP - INDICTMENT
### Brent Douglas Cole

**COUNT I:** 18 U.S.C. § 111(a)(1) and (b) – Assault on a Federal Officer with a Deadly Weapon Which Inflicts Bodily Injury

- **PENALTY:**
    - Up to a 20 year term of imprisonment;
    - A fine of up to $250,000, or both fine and imprisonment; and
    - Supervised release of up to 3 years.

2:14 - CR   2 6 9 KJM

**COUNT II:** 18 U.S.C. § 111(a)(1) and (b) – Assault on a Person Assisting a Federal Officer with a Deadly Weapon Which Inflicts Bodily Injury

- **PENALTY:**
    - Up to a 20 year term of imprisonment;
    - A fine of up to $250,000, or both fine and imprisonment; and
    - Supervised release of up to 3 years.

**COUNT III:** 18 U.S.C. § 924(c)(1)(A) and 924(c)(1)(A)(iii) – Discharging a Firearm During and in Relation to a Crime of Violence

- **PENALTY:**
    - 10 years to Life imprisonment;
    - A fine of up to $250,000, or both fine and imprisonment; and
    - Supervised release of up to 3 years.
- A sentence under § 924(c) must be consecutive to any other sentence received for Counts I and/or II.

**FORFEITURE ALLEGATION**
   **VIOLATION:** 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

   **PENALTY:** As Stated In Indictment

**PENALTY ASSESSMENT:** Mandatory $100 penalty assessment (per count)