J TONEY
State Bar No. 43143
Attorney at Law

P.O. Box 1515
Woodland, CA  95695
530 666 1908
yoloconflict@aol.com

Attorney for Brent Cole

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Cr. No.  S-14-269 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER VACATING TRIAL DATE AND SETTING DATE FOR RESCHEDULING** |
| v. | |
| BRENT COLE | **Nov. 21, 2014 before Judge Burrell** |
| Defendants. | |

Although the Government has been diligent in providing discovery, the Defense has not had sufficient time to review the over 1500 pages provided.  In addition, the Defense needs additional time to investigate matters in this case.  For these reasons it will not be possible to file proper in limine motions by November 14, 2014 or commence trial on December 2, 2014.  The Government and the Defendant, Brent Cole agree that the presently set trial date and pre-trial schedule should be reset.  It is therefore stipulated that the present trial date and motions schedule be vacated and the matter calendared for resetting trial on November 21, 2014.  It is also stipulated that time be excluded under the Speedy Trial Act, 18 USC Sec 3161-3174 for Counsel preparation (Local Code T4) until the new trial date, and that this need outweighs the rights of the Defendant and the Public in a speedy trial.  The parties respectfully request the Court so order.

Dated November 13, 2014,

  /s/ MICHAEL D. MC COY                  /s/ J TONEY

  Michael D. Mc Coy                      J. Toney

Assistant U.S. Attorney             Attorney for Brent Cole

SO ORDERED:

Dated: November 13, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge