BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRENT DOUGLAS COLE,<br><br>　　　　　　　Defendant. | CASE NO. 2:14-CR-269 GEB<br><br>STIPULATION REGARDING PRETRIAL BRIEFING AND TRIAL PREPARATION SCHEDULE AND [PROPOSED] ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, trial in this matter is set to commence on February 3, 2015.

2. In anticipation of trial commencing on February 3, 2015, the parties agree and stipulate to the following pretrial briefing and trial preparation schedule, and respectfully request that the Court so order:

　　a)　All evidentiary disputes capable of being resolved by in limine motions are to be filed no later than January 13, 2015, at 3:00 p.m.

　　b)　Oppositions to the motions or statements of non-opposition are to be filed no later than January 20, 2015, at 3:00 p.m.

///

      c)    Reply briefs are to be filed no later than January 23, 2015, at 3:00 p.m.

      d)    Also by January 23, 2015, at 3:00 p.m., the following documents are to be filed:[1]

          1)    Proposed jury instructions and a proposed verdict form;

          2)    Proposed voire dire questions to be asked by the Court;

          3)    Trial briefs; and

          4)    A joint statement or joint proposed jury instruction that can be read to the jury during voire dire that explains the nature of the case.

IT IS SO STIPULATED.

Dated:  November 24, 2014          BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ MICHAEL D. McCOY
                                                MICHAEL D. McCOY
                                                Assistant United States Attorney

Dated:  November 24, 2014          /s/ J. TONEY
                                                J. TONEY
                                                Counsel for Defendant
                                                Brent Douglas Cole

## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  November 24, 2014

                                                GARLAND E. BURRELL, JR.
                                                Senior United States District Judge

---

[1] Defendant need not file a trial brief and/or proposed jury instructions if he has a tactical or other reason for not complying.

STIPULATION REGARDING PRETRIAL
BRIEFING & TRIAL PREPARATION SCHEDULE

2