UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>BRENT DOUGLAS COLE,<br><br>        Defendant. | No. 2:14-cr-00269-GEB<br><br><br>**ORDER** |

On December 15, 2014, the undersigned judge received a letter and motion from Defendant Brent Douglas Cole. Defendant titles the referenced motion as a "MOTION FOR CHANGE OF COUNSEL;" however, he states in the motion: "Defendant request[s] that this Court appoint a second counsel for preparation and handling of pretrial motions, petitions, hearings, and necessary matters[;]" that "he is comfortable with [his present appointed counsel's] assistance in presentment during trial proceedings," and that the "Court honor his right to manage his case."

Defendant's referenced letter and motion were each file-stamped by a Clerk of the Court on December 9, 2014. Each document shall be filed on the public docket.

However, the Court will disregard these filings because "[a] criminal defendant does not have an absolute right to serve as co-counsel[,]" and Defendant's conclusory assertions do not demonstrate that hybrid representation should be authorized.

1

United States v. Williams, 791 F.2d 1383, 1389 (9th Cir. 1986). Further, Defendant has not shown that his present counsel needs assistance doing what is expected in his representation of Defendant.

Dated:  December 15, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2