BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
HEIKO P. COPPOLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-CR-269 GEB |
|---|---|
| Plaintiff, | GOVERNMENT'S AMENDED WITNESS LIST |
| v. | DATE: February 3, 2015<br>TIME: 9:00 a.m. |
| BRENT DOUGLAS COLE, | CTRM: Hon. Garland E. Burrell |
| Defendant. | |

The United States, by and through its undersigned counsel, hereby submits the following list of witnesses it intends to call in its case-in-chief:

1. Randy Billingsly, Chief Investigator, Nevada County District Attorney's Office
2. Kelly Boyle
3. Steve Day, Sergeant, California Highway Patrol, MAIT
4. Dr. Zia Dehqanzada, Sutter Roseville Medical Center
5. Andrew Forristel, Special Agent, Federal Bureau of Investigation
6. Rusty Greene, Detective, Nevada County Sheriff's Office
7. Brant Hardin, Officer, California Highway Patrol
8. Marcus Knutson, Special Agent, Federal Bureau of Investigation
9. Andrew Liller, Deputy, Nevada County Sheriff's Office
10. Susan Marvin, FBI Laboratory, Quantico Virginia

11. Stefan Christoffer Montelius, EMT, North San Juan Fire Department

12. Tad Pultorak, Ranger, Bureau of Land Management

13. Dr. Jaron Ross, Sierra Nevada Memorial Hospital

14. Steve Ruppert, Officer, California Highway Patrol - MAIT

15. Kyle Rutherford, Paramedic, Sierra Nevada Ambulance

16. Erich Smith, FBI Laboratory, Quantico Virginia

17. Tom Swisher, Investigator, Nevada County District Attorney's Office

18. Mark Zelhart, Officer, California Highway Patrol

The United States requests leave of the Court to call additional witnesses, if necessary, during the course of the trial.

Dated:  February 1, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ Heiko P. Coppola
MICHAEL D. McCOY
HEIKO P. COPPOLA
Assistant United States Attorneys

Government's Amended Witness List

2