J TONEY
State Bar No. 43143

P.O. Box 1515
Woodland, CA 95776
yoloconflict@aol.com
530 666-1908

Attorney for BRENT DOUGLAS COLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | No. 2: 14-CR-269 GEB |
| | SUPPLEMENTAL OPPOSITION TO |
| BRENT DOUGLAS COLE, | MOTION IN LIMINE |
| Defendant. | |
| _____ / | |

Defendant BRENT DOUGLAS COLE submits this supplemental opposition to the government's motion in limine, ECF No. 23, filed January 13, 2015, seeking to bar the defense from introducing evidence that he acted in self-defense during his encounter with Bureau of Land Management (BLM) Ranger Tad Pultorak and California Highway Patrol (CHP) Officer Brant Hardin.  This opposition is supported by the supplemental declaration of J Toney.

As noted in the opposition to the motion in limine, a person has a limited right to respond to an officer's use of excessive force with his own commensurate force. *Untied States v. Acosta-Sierra*, 690 F.3d 1111, 1126 (9th Cir. 2012) ("[A]n individual may make out an affirmative defense of self-defense against a federal law enforcement official who uses excessive force in a narrow range of circumstances.").

1

In this case, counsel will not use the term "self-defense" in his opening statement, but will describe what he believes the evidence will show.  Some of this information was provided in the in support of the opposition.  In addition to that material, however, Cole will testify that he approached the officers as they were removing his property from the campsite and  in response to a question whether he was armed, Cole said he was.  The officers demanded that Cole give him the weapon.  Cole refused (Cole claimed he kept the weapon in the forest for defense against a bear he had seen in the region).   Ranger Pultorak then shot Cole and only then did Cole draw his gun and return fire.

Because of these conflicting accounts of the incident at the South Yuba campsite, counsel requests the court to refrain from barring any instruction and argument about self-defense until the court has heard the testimony.

February 1, 2015

                                      Respectfully submitted,

                                      /s/ J Toney
                                      Attorney for Defendant Cole

DECLARATION OF J TONEY

I, J Toney, declare:

1. I am the attorney appointed to represent defendant Brent Cole and am familiar with the discovery and the evidence in this case.

2. Defendant Cole will testify to the facts as stated in the body of this supplemental opposition.

Executed under penalty of perjury this 1stth day of February 2015 at Woodland, California.

/s/   J. Toney