UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRENT DOUGLAS COLE,<br><br>　　　　Defendant. | No.  2:14-cr-00269-GEB<br><br>**ORDER DENYING THE GOVERNMENT'S PRETRIAL MOTION IN LIMINE** |

　　　　The government "requests an in limine ruling barring the Defendant from arguing or presenting evidence to the jury that he acted in self-defense[,]" contending, *inter alia*, that "[s]elf-defense is an affirmative defense which requires an offer of proof." (Def.'s Mot. in Limine 1:18-20, 3:9, 4:1-2, ECF No. 23.)

　　　　Defendant opposes this pretrial in limine motion, rejoining: "[t]here are factual disputes, which give[] rise to a jury question as to whether defendant Cole reasonably resisted the officers' unlawful or excessive force." (Def.'s Opp'n 1:19-22, ECF No. 24.)  Defendant also filed a supplemental opposition in which he argues:

> [C]ounsel will not use the term "self-defense" in his opening statement, but will describe what he believes the evidence will

1

>     show. . . .
>
>         Because of . . . conflicting accounts of the incident[s involved with the charged crimes, Defendant] requests the court to refrain from barring any instruction and argument about self-defense until the court has heard the testimony.

(Def.'s Supplemental Opp'n 2:1-11, ECF No. 44).

In light of Defendant's opposition, supplemental opposition, and averments in Defendant's 28 U.S.C. § 2255 motion, (ECF No. 42), the government has not shown that its pretrial in limine motion is ripe for judicial decision. Therefore, it is denied.

Dated:  February 2, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2