UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>BRENT DOUGLAS COLE,<br><br>        Defendant. | No.  2:14-cr-00269-GEB<br><br>**ORDER RE DEFENDANT'S JANUARY 30, 2015 PRO SE FILING** |

        On January 30, 2015, Defendant filed[1] "[i]n propria persona" a "Motion for Enforcement," in which he states, *inter alia*:

> The defendant demanded on September 25, 2014 before this court that he be allowed to manage and present his own case with the assistance of counsel in accord with § 35 . . . . Counsel was imposed to "represent" him on 10/7/14 by this court. 1.) The imposition of counsel as representation is not in compliance with § 35, the decision in Farreta, or demands made.

(Def.'s Mot. 5:1-13.) Defendant's conclusions in this filing include the following request: "Permit defendant to manage and present case per § 35." (Id. at 10:19.)

        On January 30, 2015, a hearing was conducted on the status of Defendant's appointed counsel, in light of Defendant's January 16, 2015 filing in which he stated, *inter alia*: "On

---

[1] The undersigned judge obtained a copy of the motion this morning, which is not yet filed on the CM/ECF Docket.

1

9/25/14 I demanded that I be allowed to manage and present my case with the assistance of counsel . . . ." (Def.'s Mot. for Change of Counsel 1:19-23, ECF No. 25.) Defendant seemed to contradict this statement during an in camera portion of the January 30, 2015 hearing, but later conceded that the following minutes concerning what he requested at his September 25, 2014 appearance are correct: "the Defendant request[s] he be allowed to represent himself with assistance of counsel." (Minute Order, ECF No. 3.)

Defendant confirmed during the January 30, 2015 hearing that he would be represented by his appointed counsel. Therefore, Defendant's January 30, 2015 filing is disregarded.

Dated: February 2, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge