J TONEY
State Bar No. 43143
Attorney at Law

P.O. Box 1515
Woodland, CA  95695
530 666 1908
yoloconflict@aol.com

Attorney for Brent Cole

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Cr. No.  S-14-269 GEB |
|---|---|
| Plaintiff, | **DEFENDANT'S SUPPLEMENTAL WITNESS LIST** |
| v. | |
| BRENT COLE | |
| Defendants. | |

Defendant Cole submits this supplemental witness list:

Paul Castidlioni, North San Juan Fire Department.

Dated February 2, 2015

                                        /s/ J TONEY

                                          J Toney