| CAED 435 (Rev. 1/14) | United States District Court, Eastern District of California<br>**TRANSCRIPT ORDER**<br>*Please Read Instructions:* | | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|---|
| 1. NAME<br>Michael McCoy | 2. EMAIL<br>Michael.McCoy@usdoj.gov | 3. PHONE NUMBER<br>916 554-2820 | 4. DATE<br>February 5, 2015 |
| 5. MAILING ADDRESS<br>501 I Street, Suite 10-100, Sacramento, CA 95814 | | 6. CITY<br>Sacramento | 7. STATE CA   8. ZIP CODE 95814 |
| 9. CASE NUMBER<br>2:14-CR-00269 | 10. JUDGE<br>Hon. Garland E. Burrell | DATES OF PROCEEDINGS<br>11. FROM 02/04/15 — 12. TO 02/04/15 | |
| 13. CASE NAME<br>USA v. Brent Douglas Cole | | LOCATION OF PROCEEDINGS<br>14. CITY Sacramento — 15. STATE CA | |

16. ORDER FOR
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTION(S) | DATE(S) | REPORTER | PORTION(S) | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] VOIR DIRE | | | [x] TESTIMONY (Specific Witness) | | |
| [ ] ENTIRE TRIAL | | | Mark Zelhart | 02/04/2015 | Cathie Bodene |
| [ ] SENTENCING | | | | | |
| [ ] MOTION HEARING | | | [ ] OTHER (Specify) | | |
| [ ] STATUS HEARING | | | | | |
| [ ] CHANGE OF PLEA | | | | | |
| [ ] PRE-TRIAL PROCEEDING | | | | | |

18. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [x] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

19. SIGNATURE /s/ MICHAEL D. McCOY

PROCESSED BY

20. DATE February 5, 2015

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS
United States District Court
Eastern District of California
501 I Street
Sacramento, CA 95814

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |