| CAED 435 (Rev. 1/14) | United States District Court, Eastern District of California | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | |

*Please Read Instructions:*

| 1. NAME Michael McCoy | 2. EMAIL Michael.McCoy@usdoj.gov | 3. PHONE NUMBER 916 554-2820 | 4. DATE February 6, 2015 |
|---|---|---|---|
| 5. MAILING ADDRESS 501 I Street, Suite 10-100, Sacramento, CA 95814 | | 6. CITY Sacramento | 7. STATE CA  8. ZIP CODE 95814 |
| 9. CASE NUMBER 2:14-CR-00269 | 10. JUDGE Hon. Garland E. Burrell | DATES OF PROCEEDINGS | |
| | | 11. FROM 02/03/15 | 12. TO 02/03/15 |
| 13. CASE NAME USA v. Brent Douglas Cole | | LOCATION OF PROCEEDINGS | |
| | | 14. CITY Sacramento | 15. STATE CA |

16. ORDER FOR
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTION(S) | DATE(S) | REPORTER | PORTION(S) | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] VOIR DIRE | | | [x] TESTIMONY (Specific Witness) | | |
| [ ] ENTIRE TRIAL | | | Officer Brant Hardin | 02/03/2015 | Cathie Bodene |
| [ ] SENTENCING | | | | | |
| [ ] MOTION HEARING | | | [ ] OTHER (Specify) | | |
| [ ] STATUS HEARING | | | | | |
| [ ] CHANGE OF PLEA | | | | | |
| [ ] PRE-TRIAL PROCEEDING | | | | | |

18. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [x] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE /s/ MICHAEL D. McCOY | PROCESSED BY |
|---|---|
| 20. DATE February 6, 2015 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS United States District Court Eastern District of California 501 I Street Sacramento, CA 95814 |
|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |