FILED

FEB 11 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

NOTE FROM THE JURY

Case # 2:14CR269            Date 2/11/15

Time 10:30 AM

UNITED STATES OF AMERICA )
                         )
            Plaintiff,   )
                         )
     v                   )
                         )
BRENT DOUGLAS COLE       )
                         )
            Defendant,   )
_____)

THE JURY HAS REACHED A UNANIMOUS VERDICT  yes

THE JURY REQUESTS THE FOLLOWING:

Foreperson TARA THRONSON