UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>BRENT DOUGLAS COLE,<br><br>            Defendant. | No.  2:14-cr-00269-GEB<br><br>**ORDER DENYING DEFENDANT'S 28 U.S.C. §2255 MOTION** |

On January 29, 2015, Defendant Brent Douglas Cole filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct a sentence. (Def.'s Mot., ECF No. 42.) Defendant complains in the motion, *inter alia*, about matters concerning which a jury found him guilty on February 11, 2015. However, he has not yet been sentenced in connection with that verdict. Accordingly, Defendant's motion is premature. Cf. United States v. LaFromboise, 427 F.3d 680, 686 (9th Cir. 2005) (stating "[u]ntil the district court enters an amended judgment of conviction, [the defendant's] § 2255 motion is . . . premature"). Therefore, Defendant's § 2255 motion is dismissed without prejudice.

Dated:  February 19, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1