UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>BRENT DOUGLAS COLE,<br><br>        Defendant. | No.  2:14-cr-00269-GEB<br><br>**ORDER** |

On May 11, 2015, Defendant filed *in propria persona* a "Petition for Writ of Mandamus," against the Sacramento County Main Jail ("SCMJ"), in which he seeks an order requiring the SCMJ to

> immediately comply with the Rulings of the Supreme Court of the United States . . . to provide meaningful access to the courts[,] . . . hold a due process hearing to confine prisoners to "T-Sep" or "Maximum A" security confinement in accord with Hutto v. Finney, . . . and to provide medically necessary treatments in accord with Estelle v. Gambell. . . .

(Def.'s Proposed Order ISO Pet., ECF No. 79, ECF pp 8-10.) Defendant contends in his Petition that he "is being held in 'Maximum A' secure housing in solitary confinement . . . without a due process hearing or written statement of the reasons . . . in violation of California law for prisoner rights . . . ." (Def.'s Pet. 2:9-15.) Defendant also asserts:

1

> This punishment is excessive and therefore cruel and unusual . . . . This denies law library access and the ability to do medically necessary physical therapy. The [SCMJ] fails and/or refuses to provide: copies in a timely and reasonable manner, mail services, paper, pens, stamps, notorial services, or assistance in producing and filing meaningful legal papers. [SCMJ] is depriving inmates, including [Defendant], of meaningful access to courts . . . continually.

(Id. at 2:15-25.)

The Court construes Defendant's petition as a prisoner civil rights complaint. Therefore, the Clerk shall use this filing, (ECF No. 79), to open a new prisoner civil rights action.

Dated: May 15, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge