UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>BRENT DOUGLAS COLE,<br><br>        Defendant. | No.  2:14-cr-00269-GEB<br><br>**ORDER DENYING RECUSAL MOTION** |

On May 15, 2015, Defendant filed a "Motion for Change of Judge," in which he argues he "cannot get a fair adjudication from [J]udge Burrell." (ECF No. 82.) Defendant has not shown a basis for recusal, therefore this motion is denied. See <u>Pensell v. Arsenault</u>, 543 F.3d 1038, 1043-44 (9th Cir. 2008) (discussing standard for recusal under 28 U.S.C. §§ 144 and 455(a)).

Dated:  May 19, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1