UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>BRENT DOUGLAS COLE,<br><br>            Defendant. | No.  2:14-cr-00269-GEB<br><br>**ORDER CONCERNING DEFENDANT'S PRO SE STATUS** |

On May 15, 2015, Defendant filed a motion in which he seeks a "declar[ation] on the record" that he is proceeding pro se in this criminal action. Defendant contends:

> Sacramento County Sheriff's Department Correctional Services continues to claim that [D]efendant is represented by an attorney. They refuse to provide any access to legal materials, copies, or assistance in preparing and filing legal papers, claiming that only "certified" pro-per qualify. . . . The defendant . . . submitted a grievance May 1, 2015[,] for refusal and/or failure to provide said access or assistance. A response was received May 9, 2015: "The court has indicated to us that, as of today, you are represented by an attorney. We are happy to fulfill your legal request(s) for material if it falls within jail policies."

(Def.'s Mot. for Order Acknowledg[ing] Standing, 1:18-2:17, 3:1, ECF No. 83.)

Defendant's request to represent himself was granted on April 24, 2014. (See Minute Order, ECF No. 77.)

1

The Clerk of the Court shall serve a copy of this order and the Minute Order entered April 24, 2015, (ECF No. 77), on the Sacramento County Main Jail's Law Library via email.

Dated: May 19, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge