BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:14-CR-269 GEB |
|---|---|
| Plaintiff, | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE; AND [PROPOSED] ORDER |
| v. | |
| BRENT DOUGLAS COLE, | |
| Defendant. | |

On May 15, 2015, Defendant Brent Douglas Cole filed a "Motion for an Order to Show Cause for the Necessity of Restraints." On May 19, 2015, the Court issued an order requiring the government to file a response to the defendant's motion by noon on May 29, 2015.

The government now requests an additional four days, until June 2, 2015, to file its response to the defendant's motion. The government needs this additional time to acquire information from the United States Marshals Service related to the shackling of in-custody defendants.

DATED:      May 28, 2015

                                      /s/ Michael D. McCoy
                                      MICHAEL D. McCOY
                                      Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**O R D E R**

IT IS SO ORDERED.

Dated: May 29, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2