UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>BRENT DOUGLAS COLE,<br><br>       Defendant. | No.  2:14-cr-00269-GEB<br><br><br>**ORDER** |

On June 2, 2015, Defendant filed a "Motion to Enjoin Disposal and Return Property," in which he seeks, *inter alia*, the return of certain "property to the defendant." (Def.'s Mot. 21:22-22:23, ECF No. 97.) Defendant noticed this motion for hearing on June 10, 2015, before the undersigned judge. However, Local Rule 302(b)(6) prescribes that Magistrate Judges are to perform "all proceedings contemplated by Fed. R. Crim. P . . . . 41, except 41(e) post-indictment/information motions and Rule 41(f) motions in felony actions made at any time." Therefore, the referenced hearing date is vacated and this matter is referred to the Duty Magistrate Judge.

Dated:  June 4, 2015

                                                                                                         GARLAND E. BURRELL, JR.
                                                                                                        Senior United States District Judge