UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>BRENT DOUGLAS COLE,<br><br>        Defendant. | No. 2:14-cr-00269-GEB<br><br>**ORDER DENYING DEFEDNANT'S TRANSCRIPT REQUEST** |

On June 15, 2015, pro se Defendant filed a "Notice of Appeal with Request for Transcript," in which he states he is appealing the February 2, 2015 "Order Re Defendant's January 30, 2015 Pro Se Filing," (ECF No. 49)[1], "the [Court's] ruling . . . in the January 30, 2015 in camera hearing, and the verdict rendered February 11, 2015." (Def.'s Notice of Appeal, ECF No. 100.) Defendant requests in this notice "a transcript of the Jan[uary] 30, 2015 hearing." (Id.)

Defendant has not shown that he can appeal these matters before he has been sentenced. "As a general rule, [the Ninth Circuit] 'ha[s] jurisdiction of appeals from . . . final decisions of the district courts.'" United States v. Godinez-Ortiz, 563 F.3d 1022, 1026 (9th Cir. 2009) (quoting 28 U.S.C. § 1291). "In criminal cases, this rule ordinarily 'prohibits

---
[1] The February 2, 2015 Order concerned Defendant's then request to represent himself with assistance of counsel.

1

appellate review until conviction and imposition of a sentence.'"
Id. (quoting Flanagan v. United States, 465 U.S. 259, 263 (1984)
(brackets omitted)); see also United States v. Beltran Valdez,
663 F.3d 1056, 1058-59 (9th Cir. 2011) (indicating "collateral
order doctrine," which permits interlocutory appeal of certain
decisions, does not apply to the "review of asserted Sixth
Amendment deprivations such as denial of a right to represent
oneself"). Therefore, to the extent Defendant's transcript
request is made for the purpose of appeal, Defendant has not
shown it is timely.

Further, to the extent the request is made for another reason, that reason has not been stated with sufficient specificity. For example, Defendant has not shown that the requested transcript is necessary to assist him with the upcoming sentencing hearing.

For the stated reasons, Defendant's transcript request is DENIED.

Dated: July 1, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge