1

2

3

4                          UNITED STATES DISTRICT COURT

5                          EASTERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,              No.  2:14-cr-00269-GEB

8               Plaintiff,

9       v.                                  **ORDER DENYING DEFENDANT'S
                                            REQUEST FOR CERTIFICATE OF**
10   BRENT DOUGLAS COLE,                     **APPEALABILITY**

11              Defendant.

12

13            In  a  July  7,  2015  filing,  (ECF  No.  117),  pro  se

14   Defendant  Brent  Douglas  Cole  requests  "a  certificate  of

15   appealability"  concerning  the  February  20,  2015  Order,  which

16   denied  without  prejudice  his  28  U.S.C.  §  2255  motion  as

17   premature.

18            "A defendant cannot appeal from the denial or dismissal

19   of [a] § 2255 motion unless he has first obtained a certificate

20   of  appealability."  <u>Ioane v. United States</u>,  No.  1:09-cr-142-LJO,

21   2015 WL 2238669, at *7 (E.D. Cal. May 12, 2015) (citing 28 U.S.C.

22   §  2253(c);  Fed.  R.  App.  P.  22(b)).  "A  certificate  of

23   appealability  will  issue  only  when  a  defendant  has  made  'a

24   substantial  showing  of  the  denial  of  a  constitutional  right.'"

25   <u>Id.</u>  (quoting 28 U.S.C. § 2253(c)(2)).  "To satisfy this standard

26   when  the  Court  has  dismissed  a  § 2255  motion  .  .  .  on procedural

27   grounds, a defendant must show that reasonable jurists would find

28   debatable  (1)  whether  the  court  was  correct  in  its  procedural

                                      1

1   ruling, and (2) whether the motion states a valid claim of the
2   denial of a constitutional right." Id. (citing Slack v. McDaniel,
3   529 U.S. 473, 484 (2000)).

4          Here, Defendant has not shown that reasonable jurists
5   would find the dismissal without prejudice of Defendant's § 2255
6   motion as premature debatable. Accordingly, the Court declines to
7   issue a certificate of appealability.

8   Dated:  July 9, 2015

10  _____

11  GARLAND E. BURRELL, JR.
    Senior United States District Judge

2