UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>BRENT DOUGLAS COLE,<br><br>        Defendant. | No.  2:14-cr-00269-GEB<br><br>**ORDER DENYING DEFEDNANT'S TRANSCRIPT REQUEST AND IFP APPLICATION** |

On July 2, 2015, Defendant filed an "Ammended [sic] Notice of Appeal,"

> giv[ing] notice of [his] appeal . . . of the proceedings to date, including: 1.) The deprivation of Constitutionally guaranteed rights under the Second, Fourth, Fifth, Sixth, Seventh, Eighth, and Ninth Amendments, as well as deprivation of the equal protection of the laws of the United States and the right to proceedings according to the course of the common law; 2.) the February 2, 2015 "Order Re Defendant's Jan. 30 2015 Pro Se Filing", 3.) The Order issued verbally in the Jan 30, 2015 hearing; 4.) The June 4, 2015 Order [re] "Motion to Enjoin Disposal and Return Property" deferring motion; 5.) The May 29, 2015 Order Denying Defendant's Request for Ancillary Services; 6.) The Order issued 4/24/15 at the Motion hearing[;] 7.) The Order of May 15, 2015 construing petition for a writ of mandamus as a civil rights complaint[;] 8.) The Order denying "Motion for Change of Judge" on unknown date after May 15, 2015[;] 9.) Order of May 22, 2015 ordering payment of docket fee in 2:15-cv-1062 KJN and Payment Request 6/16/2015[; and] 10.) Verdict entered on 2/11/15 and all denials.

1  (Def.'s Am. Notice Appeal 2:3-29, ECF No. 113.) Defendant
2  requests in his Amended Notice "a transcript of the January 30,
3  2015 in camera hearing[,]" and contends he "should not be charged
4  fees or costs" to appeal. (Def.'s Am. Notice Appeal 6:15-26.)
5  Also, on July 2, 2015, Defendant filed an Application to Proceed
6  In Forma Pauperis ("IFP"), utilizing an Eastern District of
7  California form pleading. (Def.'s IFP Appl., ECF No. 114.)
8      "As a general rule, [the Ninth Circuit] 'ha[s] jurisdiction
9  of appeals from . . . final decisions of the district courts.'"
10 United States v. Godinez-Ortiz, 563 F.3d 1022, 1026 (9th Cir.
11 2009) (quoting 28 U.S.C. § 1291). "In criminal cases, this rule
12 ordinarily 'prohibits appellate review until conviction and
13 imposition of a sentence.'" Id. (quoting Flanagan v. United
14 States, 465 U.S. 259, 263 (1984) (brackets omitted)).
15     Defendant has not demonstrated that he can appeal the
16 referenced matters before he has been sentenced. Accordingly,
17 Defendant has not shown that his transcript request or IFP
18 Application is timely.
19     For the stated reason's Defendant's transcript request
20 and IFP application are DENIED.
21 Dated:  July 8, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2