UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>BRENT DOUGLAS COLE,<br><br>        Defendant. | No. 2:14-cr-00269-GEB<br><br>**ORDER** |

On July 15, 2015, Defendant filed a "Motion for Extension of Time with Objection," in which he requests the Court:

> 1.) extend the time . . . to respond to [the final Presentence Report ("PSR")] with his motion for correction [thereof]; 2.) [schedule] an evidentiary hearing . . . to consider the facts in controversy and enter relevant evidence, [and] 3.) postpone sentencing as the court has no[] jurisdiction until [his] appeal has been adjudicated.

(Def.'s Mot. Extension 2, ECF No. 125.)

Decision on Defendant's request for an extension is unnecessary, since on July 8, 2015, the Court issued an order, which held in relevant part that "the sentencing hearing . . . is continued to August 7, 2015," and "any motion for correction of the PSR shall be filed with the Court and served on the Probation Officer and opposing counsel no later than July 24, 2015." (See Order 3:3-9, July 8, 2015, ECF No. 120.)

Also, Defendant's request for an evidentiary hearing is DENIED since Defendant has neither made clear what the evidentiary hearing concerns nor shown he is entitled to such a hearing.

Further, as held in the Court's July 8, 2015 Order:

> Defendant's request to delay sentencing until after Defendant's appeal has been adjudicated is [DENIED] because the "transfer of jurisdiction from the district court to the court of appeals is not effected . . . [when] a litigant files a notice of appeal from an unappealable order." Estate of Conners v. O'Connor, 6 F.3d 656, 658 (9th Cir. 1993); see also United States v. Rodgers, 101 F.3d 247, 252 (2d Cir. 1996) (holding a premature notice of appeal "did not divest the district court of jurisdiction").

(Order 2:22-3:2, July 8, 2015.)

Dated: July 17, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge

2