BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>BRENT DOUGLAS COLE,<br><br>       Defendant. | CASE NO.  2:14-CR-OO269 GEB<br><br>UNITED STATES' REQUEST TO CONTINUE JUDGMENT AND SENTECING HEARING AND [PROPOSED] ORDER<br><br>Date: August 7, 2015<br>Time: 9:00 a.m.<br>Court: Honorable Garland E. Burrell, Jr. |

On July 29, 2015, defendant Brent Douglas Cole filed a "Motion for Correction of Pre-Sentence Report With Affidavit in Support." (ECF 134).   The United States received defendant's 73 page pleading when it was served electronically by the District Court Clerk's Office on July 30, 2015.   On July 24, 2015, the U.S. Probation Officer filed amended Pre-Sentence Investigation Report (PSR), increasing the defendant's offense level by six, resulting in significantly new advisory guideline range calculations.  (ECF 131).  The probation officer indicated to the undersigned that she provided a copy of the amended PSR to the defendant. Judgment and Sentence is currently set for August 7, 2015.

The defendant raises a number factual and legal issues in his 73 page pleading, including application of the rule of lenity and potential double jeopardy concerns related to his conviction under 18 U.S.C. § 924(c) that require further research.  Given the lateness and length of defendant's pleading, the United States simply cannot respond in any meaningful fashion prior to August 7, 2015.

Therefore, United States respectfully requests that Judgment and Sentencing be continued until August 28, 2015, and that the United States file its response to "Motion for Correction of Pre-Sentence Report With Affidavit in Support" by August 21, 2015.  The United States has contacted the U.S. Probation Officer and she has no objection to a continuance of the Judgment and Sentencing date.


                                                  Respectfully submitted,

Dated:  August 3, 2015                            BENJAMIN B. WAGNER
                                                  United States Attorney


                                            By:   /s/ *HEIKO P. COPPOLA*
                                                  HEIKO P. COPPOLA
                                                  Assistant United States Attorney

## [PROPOSED] ORDER

Judgment and Sentencing is hereby continued until August 28, 2015.  The United States shall file its response to defendant's "Motion for Correction of Pre-Sentence Report With Affidavit in Support" by August 21, 2015.

Dated:  August 4, 2015



_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
_____

USA REQUEST TO CONTINUE JUDGMENT AND
SENTENCING