```
 1                    UNITED STATES DISTRICT COURT

 2                   EASTERN DISTRICT OF CALIFORNIA

 3                              --o0o--

 4   UNITED STATES OF AMERICA,    ) Case No. 2:14-cr-00269-GEB
                                  ) formerly 2:14-mj-00212-EFB
 5              Plaintiff,        )
                                  ) Sacramento, California
 6      vs.                       ) Thursday, October 9, 2014
                                  ) 2:14 P.M.
 7   BRENT DOUGLAS COLE,          )
                                  ) Hearing re:  arraignment.
 8              Defendant.        )
                                  )
 9                       TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE CAROLYN K. DELANEY
10                 UNITED STATES MAGISTRATE JUDGE

11   APPEARANCES:

12   For Plaintiff:               MICHAEL D. McCOY
                                  U.S. Attorney's Office
13                                501 I Street, Suite 10-100
                                  Sacramento, CA   95814
14                                (916) 554-2700

15   For Defendant:               J. TONEY
                                  Attorney at Law
16                                Box 1515
                                  Woodland, CA   95776
17                                (530) 666-1908

18   Court Recorder:              (UNMONITORED)
                                  U.S. District Court
19                                501 I Street, Suite 4-200
                                  Sacramento, CA   95814
20                                (916) 930-4193

21   Transcription Service:       Petrilla Reporting &
                                     Transcription
22                                5002 - 61st Street
                                  Sacramento, CA   95820
23                                (916) 455-3887

24
     Proceedings recorded by electronic sound recording;
25   transcript produced by transcription service.
```

1

```
 1     SACRAMENTO, CALIFORNIA, THURSDAY, OCTOBER 9, 2014, 2:14 P.M.
 2
 3          THE CLERK:  Calling Criminal matter 14-00269, United
 4   States v. Brent Douglas Cole.
 5       (Pause.)
 6          MR. TONEY:  Good morning, Your Honor.  J. Toney under
 7   appointment for Mr. Cole.  He's present in custody.
 8          THE COURT:  Good afternoon.
 9          MR. McCOY:  Good afternoon, Your Honor.  Mike McCoy
10   on behalf of the United States.
11          THE COURT:  Good afternoon.
12          You can sit down, Mr. Toney, if you want.
13          MR. TONEY:  Pardon?
14          THE COURT:  You can sit down.
15          MR. TONEY:  Oh, yes, I could.
16          THE COURT:  Thanks.
17          All right.  Mr. Cole, you have the right to counsel
18   throughout these proceedings.  This includes the right to
19   retain counsel of your own choosing or to have a lawyer
20   appointed to represent you if you cannot afford to hire your
21   own.  I understand in that regard, Mr. Toney has already been
22   appointed to represent you.
23          You have the right to remain silent in these
24   proceedings.  You're not required to make any statement here
25   today.  Anything you do say may be used against you.
```

1      Mr. Toney, have you received a copy of the indictment
2 and reviewed it with Mr. Cole?
3      MR. TONEY:  I received a copy.  I'm going to be
4 reviewing it with him this weekend.  It is the same charge that
5 was in the complaint, and also the same charges he faced
6 earlier in Nevada County, so I'll waive reading.
7      We are prepared to enter a not guilty plea, demand a
8 jury trial and ask it be set for status before Judge Burrell on
9 the 17th of this month, eight days from now.
10     THE COURT:  All right.
11     MR. TONEY:  And I also agree, since I've just been
12 given 880 pages in this disk that there should be an exclusion
13 for my preparation to that date only.
14     THE COURT:  Okay.  All right.  I will summarize for
15 you, Mr. Cole, the charges in this indictment, and Mr. Toney
16 will be providing you with a copy and going through it in
17 detail.
18     You've been charged in this indictment with assault
19 on a federal officer with a deadly weapon which inflicts bodily
20 injury in violation of Title 18, U.S. Code, Section 111(a)(1)
21 and (B).
22     If convicted of this charge the maximum penalties you
23 face include a term of imprisonment of up to 20 years, a term
24 of supervised release of three years, a fine of $250,000 and a
25 special assessment of $100.

1                   You've also been charged in this indictment with
2      assault on a person assisting a federal officer with a deadly
3      weapon which inflicts bodily injury in violation of Title 18,
4      U.S. Code, Section 111(a)(1) and (B).
5                   If convicted of this charge, you also face maximum
6      penalties of a term of imprisonment of up to 20 years, a term
7      of supervised release of three years, a fine of $250,000 and a
8      special assessment of $100.
9                   You've also been charged in this indictment with
10     discharging a firearm during and in relation to a crime of
11     violence in violation of Title 18, U.S. Code, Section
12     924(c)(1)(A) and 924(c)(1)(A)(iii).
13                  If convicted of this charge, the maximum penalties
14     you face include a term of imprisonment of 10 years to life to
15     be served consecutively to any other sentence you receive, a
16     term of supervised release of three years, a fine of $250,000,
17     and a special assessment of $100.
18                  The indictment also contains a forfeiture allegation
19     such that the government will seek forfeiture of properties
20     listed in the indictment upon your conviction for the
21     underlying charge or charges.
22                  On your behalf, I will enter pleas of not guilty to
23     all charges and demand for a jury trial.  I will set this
24     matter -- is that agreeable to you, Mr. McCoy, to set it to
25     October 17th?

4

1          MR. McCOY:  It is, Your Honor.
2          THE COURT:  All right.
3          MR. McCOY:  And we would ask for an exclusion of time
4    under local code T4.  As Mr. Toney pointed out, I just provided
5    him with 859 pages of discovery which includes videos,
6    photographs, and documents, reports.
7          For that reason, he'll need some time to prepare and
8    to review that discovery, and we believe that the ends of
9    justice served by the granting of such a continuance therefore
10   outweigh the best interests of the public and the defendant in
11   a speedy trial.
12         THE COURT:  Thank you.
13         Mr. Toney, do you agree with that?
14         MR. TONEY:  Yes.
15         THE COURT:  All right.  I will make that finding.
16         Mr. Cole, you'll be remanded to the custody of the
17   marshals pending further proceedings in front of Judge Burrell
18   on October 17th, 2014 at 9:00 a.m.  The time between today's
19   date and October 17th will be excluded under the Speedy Trial
20   Act under local code T4.
21         Anything further, Mr. McCoy?
22         MR. McCOY:  No, thank you, Your Honor.
23         THE COURT:  Anything further, Mr. Toney?
24         MR. TONEY:  No.
25         THE COURT:  Okay.

5

1   (Whereupon the hearing in the above-entitled matter was
2   adjourned at 2:20 p.m.)
3                              --o0o--
4                             CERTIFICATE
5       I certify that the foregoing is a correct transcript from
6   the electronic sound recording of the proceedings in the above-
7   entitled matter.
8
9   /s/ Patricia A. Petrilla              February 22, 2016
10  Patricia A. Petrilla, Transcriber
11  AAERT CERT*D-113