```
QUIN DENVIR, State Bar No. 49374
Attorney at Law
1614 Orange Lane
Davis, California 95616
Telephone: (916) 307-9108
Fax: (916) 640-0027
E-mail: federaldenvir@gmail.com

Attorney for Defendant
Brent Douglas Cole
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff-Respondent,<br><br>       v.<br><br>BRENT DOUGLAS COLE,<br><br>       Defendant-Appellant. | D.C. No. 2:14-cr-269 GEB<br><br>**DEFENDANT'S REQUEST FOR SEALED TRANSCRIPT** |

    Quin Denvir has been appointed by the Ninth Circuit to represent defendant in his appeal from his convictions and sentence. On January 15, 2015, the Court held an in camera hearing with defendant and his counsel. The transcript of that hearing is sealed. Appellate counsel requires a copy of the transcript in order to proceed with the appeal. Therefore, defendant requests that the Court authorize the court reporter, Diane Shepard, to provide counsel with a copy of the transcript.

Date: March 10, 2016                                   Respectfully Submitted,

                                                                           */s/ Quin Denvir*
                                                                           QUIN DENVIR
                                                                           Attorney for Defendant

      IT IS SO ORDERED.
Dated: March 11, 2016

1

---

Cole/Defendant's Request for Sealed Transcript

1
2
3   _____
4   GARLAND E. BURRELL, JR.
    Senior United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Cole/Defendant's Request for Sealed Transcript