UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cr-269-GEB-EFB P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| BRENT DOUGLAS COLE, | |
| Defendant. | |

On October 19, 2015, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed, and the undersigned has just become aware of the magistrate judge filed findings and recommendations.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed October 19, 2015 (ECF No. 161), are adopted; and
2. Defendant's "Motion to Enjoin Disposal and Return Property" (ECF Nos. 97, 154) is granted only to the extent it seeks the return of defendant's non-evidentiary property in the government's possession, and denied in all other respects.

Dated: March 18, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge