QUIN DENVIR, State Bar No. 49374
Attorney at Law
1614 Orange Lane
Davis, California 95616
Telephone: (916) 307-9108
Fax: (916) 640-0027
E-mail: federaldenvir@gmail.com

Attorney for Defendant
Brent Douglas Cole

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | D.C. No. 2:14-cr-269 GEB |
| Plaintiff-Respondent, | **DEFENDANT'S CORRECTED REQUEST FOR SEALED TRANSCRIPT** |
| v. | |
| BRENT DOUGLAS COLE, | |
| Defendant-Appellant. | |

Quin Denvir has been appointed by the Ninth Circuit to represent defendant in his appeal from his convictions and sentence. On January 30, 2015, the Court held an in camera hearing with defendant and his counsel. The transcript of that hearing is sealed. Appellate counsel requires a copy of the transcript in order to proceed with the appeal. Therefore, defendant requests that the Court authorize the court reporter, Diane Shepard, to provide counsel with a copy of the transcript.

Date: March 17, 2016

Respectfully Submitted,

*/s/ Quin Denvir*
QUIN DENVIR
Attorney for Defendant

IT IS SO ORDERED. Further, since the transcript is involved in the appeal perhaps it should be unsealed.
Dated: March 18, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Cole/Defendant's Corrected Request for Sealed Transcript