UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

BRENT DOUGLAS COLE,

        Defendant.

No. 2:14-cr-00269-GEB

**ORDER DIRECTING CLERK OF COURT TO CHANGE DOCKET TEXT**

       The "Docket Text" description for docket filing number 185 shall be changed forthwith from "SEALED EVENT" to "SEALED TRANSCRIPT OF EX PARTE IN CAMERA HEARING HELD ON JANUARY 30, 2015." The change is ordered since a more descriptive Docket Text comports with "endow[ing] the public and press with [information that could bear on] the[ir] capacity to" argue for their entitlement to view the sealed document. Hartford Courant Co. v. Pellegrino, 380 F.3d 83, 93 (2d Cir. 2004).

Dated:  April 1, 2016

                                 
GARLAND E. BURRELL, JR.
Senior United States District Judge

1