UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRENT DOUGLAS COLE,<br><br>　　　　Defendant. | No. 2:14-cr-00269-GEB<br><br>**ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY THE TRANSCRIPT OR ANY PART THEREOF SHOULD NOT BE FILED ON THE PUBLIC DOCKET** |

　　　　Defendant shall explain in writing to be filed no later than fifteen (15) days from the date on which this Order is filed why the whole transcript in docket filing number 185, or any portion of it, should not be filed on the public docket.

Dated:  April 1, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1