UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRENT DOUGLAS COLE,<br><br>　　　　Defendant. | No. 2:14-cr-269-GEB<br><br><br>**ORDER** |

　　　　On December 23, 2016 Defendant Brent Douglas Cole ("Defendant") filed a motion for a new trial in propria persona. Mot. for New Trial, ECF No. 189. Defendant was convicted on February 11, 2015 and is currently serving a 355-month sentence. ECF No. 67; ECF No. 156. Defendant filed a notice of appeal on September 8, 2015; the appeal is pending and Defendant is represented by counsel. ECF No. 159; ECF No. 188.

　　　　On December 28, 2016, the United States filed a response to Defendant's motion in which it requests the district court to "defer consideration of the [new trial] motion and stay any briefing on this matter until the conclusion of [D]efendant's direct appeal." Resp. to Mot. 2:18-20, ECF No. 191.

　　　　In light of the pending appeal, the government's request that the district court defer consideration of Defendant's motion for a new trial is granted and further briefing on the motion is stayed. See Fed. R. Crim. P. 33(b) and 37(a).

　　　　Dated: January 4, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge