McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENT DOUGLAS COLE,<br><br>Defendant. | CASE NO. 2:14-CR-0269 GEB<br><br>ORDER LIFTING STAY AND EXTENDING TIME FOR FILING OF UNITED STATES' OPPOSITION |

The Court has read and considered the United States' motion to lift stay and extend time for filing its opposition to defendant's motions for new trial. IT IS HEREBY ORDERED that the stay ordered by the Court on January 5, 2017 is lifted. IT IS FURTHER ORDERED that the United States' request for an extension of time to file its opposition, up to and including March 1, 2019 is granted.

Dated: January 3, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge