UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-00269 WBS DB |
| Plaintiff, | |
| v. | ORDER |
| BRENT DOUGLAS COLE, | |
| Defendant. | |

----oo0oo----

Defendant Brent Douglas Cole has requested reconsideration of the magistrate judge's order dated September 29, 2020. Defendant appears to believe that the magistrate judge's order denied his request for production of documents (Docket No. 227), and it also appears that he objects to a magistrate judge ruling on any matter in this case.[1]

---

[1] Defendant also states that he wishes to pursue his claim of ineffective assistance of counsel and waives the attorney client privilege with respect to materials at issue under that claim, responding to the magistrate judge's order that he state whether he wished to proceed with that claim.

1

However, the magistrate judge did not in fact deny defendant's request for production of documents.  Rather, the magistrate judge "decline[d] to rule on movant's motion until respondent has had an opportunity to file an opposition or statement of non-opposition" to the motion.  (Docket No. 251 at 3.)[2]  The magistrate judge only denied, without prejudice, defendant's filings at Docket No. 232 and 240, which were largely duplicative of his original motion for production of documents at Docket No. 227, and which the magistrate judge construed as requests for ruling on the original motion.[3]  Because defendant's original motion for production of documents has not been denied, his instant objection is premature.  Should the magistrate judge deny or recommend denial of his pending motion for production at Docket No. 227, defendant is free to object to or request reconsideration of the magistrate judge's order at that time.

To the extent defendant objects to the magistrate judge performing any duties in this case, that objection is OVERRULED.  Delegation to the magistrate judge is expressly allowed by 28 U.S.C. § 636.

Dated:  October 21, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[2] The court recognizes that the magistrate judge has granted multiple extensions of time for the government to file its response to the motion for production.

[3] To the extent defendant believes his motions at Docket No. 232 and 240 request relief not addressed by his motion at Docket No. 227 and which has not been already addressed by the magistrate judge, defendant is free to specifically request that relief in a new and separate motion.

2