1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9                              ----oo0oo----

10

11   UNITED STATES OF AMERICA,              No. 2:14-cr-00269 WBS DB

12              Plaintiff,

13        v.                                 ORDER

14   BRENT DOUGLAS COLE,

15              Defendant.

16

17                              ----oo0oo----

18        Defendant Brent Douglas Cole has requested a

19   certificate of appealability in connection with his appeal of the

20   court's October 22, 2020 order.  (Docket No. 260.)  For the

21   reasons stated in the court's October 22, 2020 order (Docket No.

22   255), the court declines to issue a certificate of appealability.

23        IT IS SO ORDERED.  The Clerk of this court is ordered

24   to forthwith transmit a copy of this Order to the Clerk of the

25   United States Court for the Ninth Circuit.

26   Dated:  December 14, 2020

     WILLIAM B. SHUBB
27   UNITED STATES DISTRICT JUDGE

28

                                    1