PHILLIP A. TALBERT
Acting United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENT DOUGLAS COLE,<br><br>Defendant. | **CASE NO.  2:14-CR-00269 WBS DB**<br><br>**PROTECTIVE ORDER** |

For good cause, and based on the record in this case, the Court hereby FINDS that defendant

Brent Douglas Cole, through the claims of ineffective assistance of counsel made in his pending motion

pursuant to 28 U.S.C. § 2255, has waived the attorney-client privilege with respect to any discussions or

communications he had with Assistant Federal Defender Benjamin Galloway and any members of his

respective defense teams, including any advice or strategy, concerning the following allegations:

(1) failing to object to procedural errors;

(2) failing to object or protect the rights of the accused to notice and an opportunity to defend

and was dismissed on 10/01/2014 by order, ECF 7, forcing counsel upon Cole.

(3) failing to object to the commencement of the prosecution by criminal complaint and a writ ad

prosequendum;

(4) failing to enforce Article 2 of the Treaty of the Northwest Ordinance; (3) failing to object to

the denial of bail;

1    (5) failing to enforce Cole's right of self-representation and object to due process violations; and

2    (6) failing to object to jurisdiction.

3    The Court further FINDS that the government is permitted to take discovery related to these

4    allegations from Benjamin Galloway and any other member of the defense team who communicated

5    with the defendant concerning the foregoing allegations in order to respond to the defendant's claims of

6    ineffective assistance of counsel.  *See Bittaker*, 331 F.3d at 719.

7    Accordingly, IT IS HEREBY ORDERED THAT Benjamin Galloway and any other member of

8    the defense team who communicated with defendant with respect to the foregoing allegations shall

9    provide the government with declarations addressing each of Cole's ineffective assistance of counsel

10    allegations.

11    IT IS FURTHER ORDERED THAT Benjamin Galloway and any other member of the defense

12    team who communicated with defendant with respect to the foregoing allegations shall make themselves

13    available for interviews to answer any questions posed by the government regarding the allegations

14    discussed above.  The aforementioned individuals, if called by either party, shall also testify in court on

15    a date to be determined by the Court to answer any questions posed by the government or the defendant

16    regarding the allegations discussed above.

17    IT IS FURTHER ORDERED THAT the government shall limit its use of the declarations, the

18    information contained therein, and any information gathered from the interviews of Benjamin Galloway

19    or members of the defense team, to the rebuttal of the defendant's § 2255 claims.  The United States

20    may append the declarations to any response or motion to dismiss it files to defendant § 2255 claims.

21    IT IS FURTHER ORDERED THAT the government shall not use the declarations, the

22    information contained therein, or any information gathered from the interviews of Benjamin Galloway

23    or members of the defense team, against the defendant in any manner during any future proceeding,

24    including any possible retrial; and the government shall treat the documents, the information

25    contained therein, and any information gathered from the interviews of Benjamin Galloway or members

26    of the defense team, as confidential and shall not disseminate or disclose any information, documents, or

27    the content of any documents obtained pursuant to this Order other than in the course of its litigation of

28    this § 2255 proceeding.

IT IS FURTHER ORDERED THAT subject to the above terms, J Toney, and Karyn Bucur will provide information to the United States regarding Cole's jurisdictional claims set out in the motion to amend the § 2255 petition.  J Toney will also address Cole's claims related to the lack of forensic evidence presented at trial and allegations of suppression of Cole's right of self-representation.  The Court reiterates its previous holding that Cole has waived attorney-client privilege with respect to J Toney and Karyn Bucur.  The United States shall provide a copy of Cole's motion to amend the § 2255 petition to all former counsel for their review.

IT IS SO ORDERED.

Dated:  March 10, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Habeas/cole0269.pro.ord

PROPOSED ORDER

3

4