UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>BRENT DOUGLAS COLE,<br><br>    Defendant. | No. 2:14-cr-00269 WBS DB<br><br><br>ORDER |

----oo0oo----

Defendant Brent Douglas Cole has filed a "Motion to Set Aside Void Judgment". (Docket No. 275.) The motion is hereby REFERRED to Magistrate Judge Deborah Barnes for findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).[1]

IT IS SO ORDERED.

Dated: May 27, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that defendant has a pending motion for relief under 28 U.S.C. § 2255 (Docket No. 216), which is proceeding before Judge Barnes, along with other related motions.

1