UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>BRENT DOUGLAS COLE,<br><br>Movant. | No. 2:14-cr-0269 GEB DB 1<br><br><br><br>AMENDED ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. By order dated May 21, 2021 the undersigned granted respondent's motion for an extension of time to file a response to movant's § 2255 motion. (ECF No. 274.) However, respondent also requested extensions of time for filing a response to movant's amended § 2255 motion and motion for production of documents. The May 21, 2021 order inadvertently granted the extension only as to the response to movant's § 2255 motion. The court will now issue an amended order granting the extension as to all three requests. Good cause appearing the court will grant the motion.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's motion for an extension of time (ECF No. 273) is granted; and
2. Respondent shall file a response to movant's § 2255 motion (ECF No. 216), his subsequent motion to amend his § 2255 petition (ECF No. 250), and his motion for production of documents (ECF No. 227) on or before August 31, 2021.

Dated: May 28, 2021

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DB/prisoner-habeas/cole0269.eot(7)am'd