UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>BRENT DOUGLAS COLE,<br><br>    Movant. | No.  2:14-cr-0269 GEB DB 1<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Presently before the court is respondent's motion for an extension of time to file a response to movant's § 2255 motion.  (ECF No. 287.) Respondent has sought and obtained several extensions of time to file its response to movant's § 2255 motion (ECF No. 216) and motion for production of documents (ECF No. 227).  Counsel states the instant motion for an extension of time is based on a delay caused by an unavailable declarant.  (Id. at 2.) Good cause appearing the court will grant the motion.  However, absent extraordinary circumstances no further extensions of time will be granted.

////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's motion for an extension of time (ECF No. 287) is granted;

2. Respondent shall file its opposition to or motion to dismiss movant's § 2255 motion (ECF No. 216) and motion to amend (ECF No. 250) on or before September 17, 2021; and

3. Respondent shall file its response to movant's motion for production of documents (ECF No. 227) fourteen (14) days after movant files his reply brief to respondent's opposition or motion to dismiss.

Dated: August 31, 2021

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/R/cole0269.eot(8)