UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>BRENT DOUGLAS COLE,<br><br>Movant. | No. 2:14-cr-0269 WBS DB<br><br><br><br>ORDER |

Movant has requested an extension of time to file and serve a traverse pursuant to the court's order of October 8, 2021. Respondent does not oppose the request. (ECF No. 306.) Good cause appearing, IT IS HEREBY ORDERED that:

1. Movant's request for an extension of time (ECF No. 305) is granted; and

2. Movant shall file and serve a response to the government's September 17, 2021 omnibus opposition on or before February 7, 2022.

Dated: December 3, 2021

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/R/cole0269.236(2)

1