UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

BRENT DOUGLAS COLE,

              Defendant.

No. 2:14-cr-00269 WBS DB

ORDER

----oo0oo----

        Defendant Brent Douglas Cole has filed a pro se "Motion for Disqualification of Magistrate Judge and Judge." (Docket No. 294.) Defendant seeks to disqualify the then-assigned Magistrate Judge and the undersigned. As an initial matter, the court notes that the case has since been reassigned to Magistrate Judge Sean C. Riordan for findings and recommendations on multiple pending motions, and thus the motion appears moot to the extent it seeks disqualification of former Magistrate Judge Deborah Barnes. More importantly, however, the motion, even assuming it was timely, does not demonstrate that the undersigned "has a personal bias or

1

1    prejudice against [the defendant] or in favor of any adverse

2    party," as required by 28 U.S.C. § 144, or that (1) the

3    undersigned's "impartiality might reasonably be questioned" or

4    (2) the undersigned "has a personal bias or prejudice concerning

5    a party, or personal knowledge of disputed evidentiary facts

6    concerning the proceeding," as required by 28 U.S.C. § 455.

7    Among other things, a judge's prior adverse ruling is not a

8    sufficient cause for recusal.  United States v. Studley, 783 F.2d

9    934, 939 (9th Cir. 1986.)

10        Because there is no basis for the undersigned's

11   disqualification in this case, the motion (Docket No. 294) is

12   DENIED.

13        IT IS SO ORDERED.

14   Dated:  January 28, 2025

15                                WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28