UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-00269 WBS DB |
| Plaintiff, | |
| v. | ORDER |
| BRENT DOUGLAS COLE, | |
| Defendant. | |

----oo0oo----

On March 14, 2025 and March 24, 2025, defendant Brent Douglas Cole filed two motions to proceed in forma pauperis on appeal after filing two separate notices of appeal. (Docket Nos. 358, 361.) While it is not entirely clear what the bases for these appeals are, it appears that he is continuing to argue that the undersigned should be disqualified, an argument that the court rejected in its order filed January 29, 2025. (See Docket Nos. 347, 352, 354.)

Under 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing

1

that it is not taken in good faith." The court's review of the record finds no basis for any appeal in this case at this time, either in connection with the motion to disqualify or otherwise, especially considering that his petition for relief under 28 U.S.C. § 2255 remains pending. Accordingly, the court finds the appeals are not taken in good faith, and the motions for leave to proceed in forma pauperis on appeal (Docket Nos. 358, 361) are DENIED.

   IT IS SO ORDERED.

Dated: March 28, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2