UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,   Plaintiff,   v.   BRENT DOUGLAS COLE,   Defendant. | No. 2:14-cr-00269 WBS DB   ORDER |

----oo0oo----

After defendant Brent Douglas Cole filed his "Motion for Compassionate Release and Sentence Reduction," (Docket No. 346), the court set a briefing schedule directing the United States to respond within sixty days and allowing defendant to file a reply no later than thirty days from the date of the government's response. (Docket No. 349.) The United States then requested and was given an extension to file its response brief by March 28, 2025, an extension of ten days, because, among other things, the Bureau of Prisons needed additional time to provide certain documentation. (Docket Nos. 357, 359.) The court's

1

order granting the extension explained that defendant would have thirty days from the date of the government's response to file a reply. The government then filed its opposition on March 28, 2025, by the new deadline. (Docket No. 362.)

After the government filed its response, defendant filed a "Motion for Reconsideration of Extension of Time" (Docket No. 366) in which he objected to the extension because of "the imminence of his own death" as a result of a foot ailment. The court expresses no opinion at this time as to the merits of the motion for compassionate release. However, the court notes that defendant's medical records do not appear to confirm defendant's claim that he is at risk of imminent death. Overall, the court concludes that a relatively brief extension of ten days was appropriate under the circumstances, especially given the government's representation that the extension was necessary to obtain defendant's records. Accordingly, the motion to reconsider the court's order extending the time for the government's response to defendant's motion for compassionate release (Docket No. 366) is DENIED.

IT IS SO ORDERED.

Dated: May 1, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE