1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              No.  2:14-cr-0269-WBS-SCR-1

12                Respondent,

13         v.                                ORDER

14    BRENT DOUGLAS COLE,

15                Movant.

16

17         Movant has requested an extension of time to file objections to the April 17, 2025,

18    findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

19         1.  Movant's request for an extension of time (ECF No. 374) is granted; and

20         2.  Movant is granted thirty days from the date of this order in which to file objections to

21    the findings and recommendations.

22    DATED: May 19, 2025

23

24                                          _____
                                            SEAN C. RIORDAN
25                                          UNITED STATES MAGISTRATE JUDGE

26

27

28