UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-00269 WBS DB |
| Plaintiff, | |
| v. | ORDER |
| BRENT DOUGLAS COLE, | |
| Defendant. | |

----oo0oo----

Defendant Brent Douglas Cole has filed a "Motion for Compassionate Release and Sentence Reduction" (Docket No. 346) and multiple other filings in connection with the motion, including a "Motion to Update-Supplement" (Docket No. 376). Defendant argues that he is eligible for a sentence reduction under Amendment 821 to the Sentencing Guidelines and that his medical conditions warrant compassionate release.

The court first rejects defendant's contention that he is eligible for a sentence reduction under Amendment 821. Under Amendment 821's zero point offender provision, a defendant's total offense level is reduced by two levels if he has no

1

criminal history points and none of the listed disqualifying factors. U.S.S.G. § 4C1.1(a). Among the listed disqualifying factors is if the defendant possessed a firearm in connection with the offense. U.S.S.G. § 4C1.1(a)(7). Because defendant did in fact possess a firearm in connection with this offense, and was convicted for assaulting a federal officer and discharging a firearm in connection with his shooting of a Bureau of Land Management ranger, he is not eligible for a reduction under Amendment 821.

The court also rejects defendant's arguments that his medical condition warrants compassionate release. The court notes defendant's medical records which indicate that defendant suffers from schizophrenia and other psychotic disorder, chronic obstructive pulmonary disease, osteochondropathy, and enlarged prostrate with urinary tract infection. While defendant contends that he is not receiving proper treatment, primarily for his osteochondroma, the records show that medical staff are in fact monitoring and treating his various health problems. Defendant's own opinion that the growth on his foot is malignant and that his medical care has been deficient is not a sufficient basis for the court to reject the opinions of prison medical staff and grant defendant compassionate release at this time.

Overall, the court finds that compassionate release is not warranted, and defendant's motions (Docket Nos. 346, 376) are hereby DENIED.

IT IS SO ORDERED.

Dated: May 28, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2