UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>BRENT DOUGLAS COLE,<br><br>Movant. | Nos. 2:14-cr-0269-WBS-SCR-1<br>        2:19-cv-2274-WBS-SCR<br><br>ORDER |

Movant, a federal prisoner proceeding pro se, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 17, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Movant filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 369) are adopted in full.

2. Movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF Nos. 216 & 250) is denied.

3. All pending motions related to the § 2255 motion (ECF Nos. 227, 266, 270, 275, 279, 285, 299, 317, 326, 343) are denied as moot.

4. The Clerk of Court is directed to close the companion civil case No. 2:19-cv-2274-WBS-SCR.

Dated:  June 3, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cole0269.805.vac