UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-00269 WBS DB |
| Plaintiff, | |
| v. | ORDER |
| BRENT DOUGLAS COLE, | |
| Defendant. | |

----oo0oo----

Defendant Brent Douglas Cole has filed a pro se "Motion to Reconsider Magistrate Order of May 14, 2025." (Docket No. 383.) Defendant seeks recusal of the assigned Magistrate Judge, repeating many of the same arguments which he asserted in his motion to disqualify the undersigned and the previously assigned Magistrate Judge. For the reasons set forth by Magistrate Judge Riordan in his order (Docket No. 375) and the undersigned's previous order (Docket No. 352), there is no basis for recusal of either the undersigned or Judge Riordan, and the motion is DENIED.

1

IT IS SO ORDERED.

Dated:  June 6, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE