UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No. 2:14-cr-00269 WBS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| BRENT DOUGLAS COLE, | |
| Defendant. | |

----oo0oo----

Defendant Brent Douglas Cole has filed a motion to reconsider the court's denial of his motion for compassionate release. (Docket No. 385; see also Docket No. 378.)  The court sees no error in its prior ruling, and the motion is DENIED.

IT IS SO ORDERED.

Dated: June 16, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1