UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-00269 WBS |
| Plaintiff, | |
| v. | ORDER |
| BRENT DOUGLAS COLE, | |
| Defendant. | |

----oo0oo----

Defendant Brent Douglas Cole has filed a motion to reconsider (1) the court's denial of his motion for compassionate release and (2) the court's order denying his motion to vacate or set aside his sentence under 28 U.S.C. § 2255.  (Docket No. 389.) The court has already denied a motion by defendant to reconsider the denial of his motion for compassionate release (see Docket Nos. 378, 386), and this motion is DENIED for the same reasons. The court also sees no error in its prior ruling denying the motion to vacate or set aside his sentence under 28 U.S.C. § 2255 (see Docket Nos. 369, 381), and thus the motion to reconsider

1

1  this ruling is also DENIED.
2           IT IS SO ORDERED.
3  Dated:  July 7, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE