UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-00269 WBS DB |
| Plaintiff, | |
| v. | ORDER |
| BRENT DOUGLAS COLE, | |
| Defendant. | |

----oo0oo----

Defendant Brent Douglas Cole has filed a motion for a certificate of appealability and a motion for leave to proceed in forma pauperis on appeal. (Docket Nos. 393, 394.)

Under 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." For the reasons stated in the findings and recommendations of the Magistrate Judge, and the undersigned's order adopting those findings and recommendations, as well as the undersigned's numerous other orders in this case, the court finds no basis for any appeal in this case at this

1

time.  (See, e.g., Docket Nos. 369, 381.)  Accordingly, the court finds the appeal is not taken in good faith, and the motion for leave to proceed in forma pauperis on appeal (Docket No. 394) and the motion for a certificate of appealability (Docket No. 393) are DENIED.  The Clerk of this court is ordered to forthwith transmit a copy of this Order to the Clerk of the United States Court for the Ninth Circuit.

IT IS SO ORDERED.

Dated:  July 10, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE